UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 09-10049-RGS

EDWARD S. MCLARNON

v.

UNITED STATE OF AMERICA, et al.

ORDER OF DISMISSAL

April 29, 2010

For the reasons stated in the Endorsed Order dated April 29, 2010, the case is

DISMISSED with prejudice.

SARAH A. THORNTON
CLERK OF COURT


Dated: 1/29/10                    By /s/ Terri Seelye
                                        Deputy Clerk